IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Eger Thomas, #254554, *aka Edgar Leron Thomas, aka Edger Leron Thomas*, | ) ) ) C/A No. 8:10-CV-0698-MBS ) |
| Plaintiff, | ) ) ) |
| vs. | ) **O R D E R** ) |
| Halle Berry, *the Female Actress*, | ) ) |
| Defendant. | ) ) ) |

Eger Thomas (aka Edgar Leron Thomas, Edger Leron Thomas) ("Plaintiff") is currently an inmate in the custody of the South Carolina Department of Corrections. He captioned this action, which he filed pro se and in forma pauperis, "Motion to Order DNA Test / Setting up A Civil Action / Evidence to proceed prehearing." ECF No. 1. Halle Berry, the well-known female actress is named as the sole defendant. Id.

In accordance with 28 U.S.C. § 636(b)(1) and Local Rule 73.02, D.S.C., this matter was referred to United States Magistrate Judge Bruce Howe Hendricks for pretrial handling. The Magistrate Judge issued a Report and Recommendation (the "R&R") on April 27, 2010 recommending that the Complaint be dismissed without prejudice for failure to state a claim upon which relief may be granted. ECF No. 13. Plaintiff filed objections to the R&R on May 6, 2010. ECF No. 16.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility for making a final determination remains with this court. Mathews v. Weber, 423 U.S. 261, 270 (1976). The court is charged with making a de novo

determination of any portions of the R&R to which a specific objection is made. However, the district court need not conduct a <u>de</u> <u>novo</u> review when a party makes only general and conclusory objections that do not direct the court to a specific error in the Magistrate Judge's proposed findings and recommendations. <u>Orpiano v. Johnson</u>, 687 F.2d 44, 47–48 (4th Cir. 1982). The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or may recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1).

Plaintiff's objections are nonsensical and fail to direct the court to a specific error in the R&R. Nevertheless, the court has thoroughly examined the record and hereby adopts the R&R and incorporates it herein by reference. Plaintiff's Complaint is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
United States District Judge

Columbia, South Carolina

October 13, 2010.